No. 75–777. NATIONAL LABOR RELATIONS BOARD *v.* ENTERPRISE ASSOCIATION OF STEAM, HOT WATER, HYDRAULIC SPRINKLER, PNEUMATIC TUBE, ICE MACHINE & GENERAL PIPEFITTERS OF NEW YORK AND VICINITY, LOCAL UNION No. 638. C. A. D. C. Cir. [Certiorari granted, 424 U. S. 908.] Motions for Air-Conditioning & Refrigeration Institute et al. and Associated General Contractors of America, Inc., et al. for leave to file briefs as *amici curiae* granted.

No. 75–804. HILL *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 25, ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 423 U. S. 1086.] Motion of respondents to vacate judgment and remand case for a determination of whether present action survives death of petitioner on January 28, 1976, denied.

No. 75–946. CITY OF MADISON, JOINT SCHOOL DISTRICT No. 8, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS COMMISSION ET AL. Appeal from Sup. Ct. Wis. [Probable jurisdiction noted, 424 U. S. 941.] Motion of Public Service Research Council for leave to file a brief as *amicus curiae* granted.

No. 75–1181. BATTERTON, SECRETARY, DEPARTMENT OF HUMAN RESOURCES OF MARYLAND, ET AL. *v.* FRANCIS ET AL.; and
No. 75–1182. CHAMBER OF COMMERCE OF THE UNITED STATES *v.* FRANCIS ET AL. C. A. 4th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 75–1248. CATALDO *v.* UNITED STATES. Motion for leave to file petition for writ for certiorari denied.

No. 75–6631. HOWARD *v.* MAGGIO, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.